DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. SUMMERLIN

No. 92 PC.

Case below: 35 N.C. App. 522.

Petition by defendant for discretionary review under G.S. 7A-31 denied 21 April 1978.

STATE v. WILLIAMS

No. 69 PC.

Case below: 35 N.C. App. 216.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1978.

STATE v. WRAY

No. 43 PC.

Case below: 35 N.C. App. 155.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 April 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 4 April 1978.

TAYLOR v. INSURANCE CO.

No. 47 PC.

Case below: 35 N.C. App. 150.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 April 1978.